UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   13-45296 |
| DIAMOND THREADED PRODUCTS CORP., | ) ) ) | Chapter:  7 |
| | ) ) ) | Honorable Eugene Wedoff |
| Debtor(s) | ) | |

## ORDER AUTHORIZING EMPLOYMENT OF ATTORNEYS FOR TRUSTEE

This matter coming to be heard on the application of Brian A. Audette, Trustee herein, for the entry of an order authorizing him to retain and employ Jordan Galassie and the law firm of Perkins Coie LLP as his attorneys in this case, due notice of the application having been given; the Court (i) having examined the application and affidavit, and (ii) being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. Brian A. Audette, Trustee herein, is authorized to employ Jordan Galassie and the law firm of Perkins Coie LLP as his attorneys retroactive to January 14, 2014.

2. The compensation of said attorneys will be fixed by future order of this Court.

3. This order is a final order and is effective immediately.

Enter:

*[signature: Eugene R. Wedoff]*

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated:  February 26, 2014

**Prepared by:**

Brian A. Audette (ARDC #6277056)
Jordan G. Galassie (ARDC #6301660)
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, IL  60603
(312) 324-8463
(312) 324-9463 (facsimile)