Brian Audette                                       The Honorable:                                   EUGENE R. WEDOFF
Perkins Coie LLP                                    Chapter    7
131 South Dearborn St                              Location:          219 S. Dearborn, Courtroom 744, Chicago, IL
Ste. 1700                                           Hearing Date: _____ / /
Chicago, IL  60603-5559                            Hearing Time: _____ 10:00am
(312) 324-8534                                      Response Date: _____ / /
             Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: CORP, DIAMOND PRODUCTS | § | Case No. 13-45296 |
|  | § |  |
|  | § |  |
| Debtor(s) | § |  |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code
was filed on November 22, 2013.  The undersigned trustee was appointed on November 22, 2013.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A.**

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest
earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may
receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on
account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

4. The trustee realized the gross receipts of                                      $ 25,286.34

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 1,750.00 |
| Administrative expenses | 12,107.76 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $ 11,428.58 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/01/2014 and the deadline for filing governmental claims was 05/21/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,278.63. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,278.63, for a total compensation of $3,278.63.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/10/2014 _____   By:/s/Brian Audette _____
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 1

| | | |
|---|---|---|
| **Case Number:** 13-45296 | **Trustee:** | (330232)   Brian Audette, Chapter 7 Trustee |
| **Case Name:** CORP, DIAMOND PRODUCTS | **Filed (f) or Converted (c):** | 11/22/13 (f) |
| | **§341(a) Meeting Date:** | 01/14/14 |
| **Period Ending:** 11/10/14 | **Claims Bar Date:** | 05/01/14 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1117 Auburn Meadow Lane, Schererville, Indiana<br>Imported from original petition Doc# 1 | 130,000.00 | 22,146.25 | OA | 0.00 | FA |
| 2 | leased Property 12349 S. LaTrobe, Illinois<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | OA | 0.00 | FA |
| 3 | First Financial Bank- (Indiana branch)<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | OA | 0.00 | FA |
| 4 | Deposit with landlord<br>Imported from original petition Doc# 1 | 6,870.00 | 6,870.00 | OA | 0.00 | FA |
| 5 | cash value of insurance policy<br>Imported from original petition Doc# 1 | 2,951.58 | 2,951.58 | OA | 0.00 | FA |
| 6 | See attached.<br>Imported from original petition Doc# 1 | 24,178.85 | 24,178.85 | | 18,786.34 | FA |
| 7 | Location: 12348 S. LaTrobe Avenue, Alsip IL 6080<br>Imported from original petition Doc# 1 | 2,200.00 | 2,200.00 | | 500.00 | FA |
| 8 | Location: 12348 S. LaTrobe Avenue, Alsip IL 6080<br>Imported from original petition Doc# 1 | 6,000.00 | 6,000.00 | | 3,000.00 | FA |
| 9 | Location: 12348 S. LaTrobe Avenue, Alsip IL 6080<br>Imported from original petition Doc# 1 | 35,000.00 | 35,000.00 | OA | 0.00 | FA |
| 10 | Location: 12348 S. LaTrobe Avenue, Alsip IL 6080<br>Imported from original petition Doc# 1 | 15,000.00 | 15,000.00 | OA | 0.00 | FA |
| 11 | Location: 12348 S. LaTrobe Avenue, Alsip IL 6080<br>Imported from original petition Doc# 1 | 34,000.00 | 34,000.00 | | 3,000.00 | FA |
| **11** | **Assets   Totals** (Excluding unknown values) | **$256,200.43** | **$148,346.68** | | **$25,286.34** | **$0.00** |

**Major Activities Affecting Case Closing:**

Pending motions to sell and abandon assets are scheduled for 05/27/14.

**Initial Projected Of Final Report (TFR):**   December 31, 2015   **Current Projected Date Of Final Report (TFR):**   December 31, 2015

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 13-45296 |
| **Case Name:** | CORP, DIAMOND PRODUCTS |
| **Taxpayer ID #:** | \*\*-\*\*\*0661 |
| **Period Ending:** | 11/10/14 |

| | |
|---|---|
| **Trustee:** | Brian Audette, Chapter 7 Trustee (330232) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | \*\*\*\*\*\*7166 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/21/14 | {8} | First Financial Bank | Payment per 5/27/14 court order | 1129-000 | 3,000.00 | | 3,000.00 |
| 05/21/14 | {6} | George E. Dodrill | Receivable | 1129-000 | 1,000.00 | | 4,000.00 |
| 05/21/14 | {6} | Affiliated Steam Equipment Company | Invoice No. 00028025 | 1129-000 | 10.80 | | 4,010.80 |
| 05/21/14 | {6} | American Vintage Home, Inc. | Invoice Nos. 00028073 & 00028062 | 1129-000 | 227.83 | | 4,238.63 |
| 05/21/14 | {6} | Armil CFS, Inc. | Invoice No. 28034 | 1129-000 | 475.12 | | 4,713.75 |
| 05/21/14 | {6} | BBC Fasteners, Inc. | Invoice No. 28008 | 1129-000 | 1,008.75 | | 5,722.50 |
| 05/21/14 | {6} | Chicago Industrial Pump Co. | Reference 28027 | 1129-000 | 444.58 | | 6,167.08 |
| 05/21/14 | {6} | Chicago Boiler Company | Invoice No. 00028033 | 1129-000 | 3,054.29 | | 9,221.37 |
| 05/21/14 | {6} | Fabsco Corporation | Invoice No. 00027981 | 1129-000 | 51.85 | | 9,273.22 |
| 05/21/14 | {6} | Furmanite America | Invoice No. 27970 | 1129-000 | 115.82 | | 9,389.04 |
| 05/21/14 | {6} | Griffin Supply, Inc. | Invoice Nos. 027977, 027982 & 027983 | 1129-000 | 1,814.80 | | 11,203.84 |
| 05/21/14 | {6} | Griffin Supply, Inc. | Invoice Nos. 027986 & 027990 | 1129-000 | 526.80 | | 11,730.64 |
| 05/21/14 | {6} | Hayes Mechanical | Invoice No. 00028063 | 1129-000 | 946.97 | | 12,677.61 |
| 05/21/14 | {6} | Hayes Mechanical | Invoice No. 00028091 | 1129-000 | 460.52 | | 13,138.13 |
| 05/21/14 | {6} | ILLCO, INC. | Invoice Nos. 28082 & 28084 | 1129-000 | 341.53 | | 13,479.66 |
| 05/21/14 | {6} | Independent Pipe & Supply | Invoice Nos. 28089 & 28094 | 1129-000 | 132.11 | | 13,611.77 |
| 05/21/14 | {6} | MRC | Invoice No. 00028067 | 1129-000 | 211.68 | | 13,823.45 |
| 05/21/14 | {6} | MRC | Invoice Nos. 28078, 28079, 28074, 28076, 28077 & 28081 | 1129-000 | 900.62 | | 14,724.07 |
| 05/21/14 | {6} | MRC | Invoice No. 28090 | 1129-000 | 171.50 | | 14,895.57 |
| 05/21/14 | {6} | Super Roco Steel & Tube Ltd. II | Invoice No. 28088 | 1129-000 | 436.78 | | 15,332.35 |
| 05/21/14 | {6} | Standard Boiler Tank & Testing Service | References Nos. 28031 & 28052 | 1129-000 | 1,679.53 | | 17,011.88 |
| 05/21/14 | {6} | Unicord Corporation | Invoice No. 28011 | 1129-000 | 375.00 | | 17,386.88 |
| 05/21/14 | {6} | Unicord Corporation | Invoice No. 27978 | 1129-000 | 375.00 | | 17,761.88 |
| 05/21/14 | {6} | UPS | Invoice No. AR0222000030 | 1129-000 | 60.39 | | 17,822.27 |
| 05/21/14 | {6} | Charles F. Felcyn or Linda Felcyn | Invoice No. 00028064 | 1129-000 | 134.00 | | 17,956.27 |
| 05/21/14 | {6} | Griffin Supply, Inc. | Receivable | 1129-000 | 2,187.93 | | 20,144.20 |
| 05/21/14 | {6} | Griffin Supply, Inc. | Receivable | 1129-000 | 2,401.80 | | 22,546.00 |
| 05/21/14 | {6} | Chicago Boiler Company | Receivable | 1129-000 | 240.34 | | 22,786.34 |
| 06/12/14 | | Cleco Industrial Fasteners Co Inc | Payment per 6/11/14 court order | | 3,500.00 | | 26,286.34 |
| | {7} | | | 500.00 | 1129-000 | | 26,286.34 |
| | {11} | | | 3,000.00 | 1129-000 | | 26,286.34 |
| 06/12/14 | 101 | First Midwest Bank | Payment per 6/11/14 court order | 4210-000 | | 1,750.00 | 24,536.34 |
| 06/12/14 | {6} | George E. Dodrill | Reversed Deposit 100002 1 | 1129-000 | -1,000.00 | | 23,536.34 |
| 10/06/14 | 102 | VIP I, L.L.C. | Payment per 6/11/14 court order | 2990-000 | | 12,107.76 | 11,428.58 |

| | | | Subtotals : | $25,286.34 | $13,857.76 |
|---|---|---|---|---|---|

{} Asset reference(s)

Printed: 11/10/2014 12:49 PM   V.13.15

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 13-45296 |
| Case Name: | CORP, DIAMOND PRODUCTS |
| Taxpayer ID #: | **-***0661 |
| Period Ending: | 11/10/14 |

| | |
|---|---|
| Trustee: | Brian Audette, Chapter 7 Trustee (330232) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******7166 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 25,286.34 | 13,857.76 | $11,428.58 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 25,286.34 | 13,857.76 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $25,286.34 | $13,857.76 | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******7166 | 25,286.34 | 13,857.76 | 11,428.58 |
| | $25,286.34 | $13,857.76 | $11,428.58 |

# Exhibit C - Claims Register

## Case:  13-45296    CORP, DIAMOND PRODUCTS

Claims Bar Date:    05/01/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Brian Audette, Chapter 7 Trustee<br>131 South Dearborn St<br>Ste. 1700<br>Chicago, IL 60603-5559<br><2100-00   Trustee Compensation>,  200 | Admin Ch.  7<br>11/22/13 | | $3,278.63<br>$3,278.63 | $0.00 | $3,278.63 |
| | Perkins Coie LLP<br>131 S. Dearborn St., Suite 1700<br>Chicago, IL 60603<br><3110-00   Attorney for Trustee Fees (Trustee Firm)>,  200 | Admin Ch.  7<br>11/22/13 | | $6,380.00<br>$6,380.00 | $0.00 | $6,380.00 |
| | Perkins Coie LLP<br>131 S. Dearborn St., Suite 1700<br>Chicago, IL 60603<br><3120-00   Attorney for Trustee Expenses (Trustee Firm)>,  200 | Admin Ch.  7<br>11/22/13 | | $298.08<br>$298.08 | $0.00 | $298.08 |
| 1 | Con-Way Freight<br>c/o RMS<br>P.O. Box 5126<br>Timonium, MD 21094<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/27/13 | | $1,005.00<br>$1,005.00 | $0.00 | $1,005.00 |
| 2 | Scnidt Cartage<br>1625 Hunter Court<br>Hanover Park, IL 60133<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/07/14 | | $270.40<br>$270.40 | $0.00 | $270.40 |
| 3 | Chicago Hardware and Fixtures<br>9100 Parklane<br>Franklin Park, IL 60131<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/07/14 | | $441.88<br>$441.88 | $0.00 | $441.88 |
| 4 | Ram Threading Inc.<br>2658 Crockett Street<br>Beaumont, TX 77701<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/11/14 | | $1,315.84<br>$1,315.84 | $0.00 | $1,315.84 |
| 5 | Craftech Industries, Inc.<br>P.O. Box 636<br>Hudson, NY 12534<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/11/14 | | $328.00<br>$328.00 | $0.00 | $328.00 |
| 6 | Chicago- Wilcox Mfg Co., Inc.<br>PO Box 126<br>South Holland, IL 60473<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/18/14 | | $253.00<br>$253.00 | $0.00 | $253.00 |

# Exhibit C - Claims Register

## Case:  13-45296    CORP, DIAMOND PRODUCTS

Claims Bar Date:    05/01/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 | Wells Fargo Bank, N.A. <br> Business Direct Division <br> MAC-4101-08C,P.O. Box 29482 <br> Phoenix, AZ 85038-8650 <br> <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 02/21/14 | | $87,658.64 <br> $87,658.64 | $0.00 | $87,658.64 |
| 8 | Thomas Kountz <br> 2527 Bennington Avenue <br> Schererville, IN 46375 <br> <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 02/28/14 | | $32,979.63 <br> $32,979.63 | $0.00 | $32,979.63 |
| 9 | Ann Kral <br> Ann Kral Estate <br> c/o Thomas Kountz,2527 Bennington Ave <br> Schereville, IN 46375 <br> <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 02/28/14 | | $6,562.50 <br> $6,562.50 | $0.00 | $6,562.50 |
| 10P | Speedway SuperAmerica LLC <br> P.O. Box 1590 <br> Springfield, OH 45501 <br> <5200-00   Unsecured Claims Allowed>,  505 | Priority <br> 03/12/14 | | $275.21 <br> $275.21 | $0.00 | $275.21 |
| 10U | Speedway SuperAmerica LLC <br> P.O. Box 1590 <br> Springfield, OH 45501 <br> <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 03/12/14 | | $746.71 <br> $746.71 | $0.00 | $746.71 |
| 11 | American Express Bank, FSB <br> c o Becket and Lee LLP <br> POB 3001 <br> Malvern, PA 19355-0701 <br> <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 03/14/14 | | $5,811.81 <br> $5,811.81 | $0.00 | $5,811.81 |
| 12 | XL Screw Corporation <br> 195 Schelter Road <br> PO Box 800 <br> Lincolnshire, IL 60069 <br> <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 04/28/14 | | $380.19 <br> $380.19 | $0.00 | $380.19 |
| 13U | First Midwest Bank <br> The Collins Law Firm, P.C. <br> 1770 Park Street, Suite 200 <br> Naperville, IL 60563 <br> <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 04/29/14 | | $51,309.25 <br> $51,309.25 | $0.00 | $51,309.25 |

# Exhibit C - Claims Register

## Case: 13-45296    CORP, DIAMOND PRODUCTS

Claims Bar Date:    05/01/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 14 | Nicor Gas | Unsecured | | $184.97 | $0.00 | $184.97 |
| | Po box 549 | 04/30/14 | | $184.97 | | |
| | Aurora, IL 60507 | | | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 15U | VIP I, L.L.C. | Unsecured | | $45,315.97 | $0.00 | $0.00 |
| | CARY G SCHIFF & | 05/01/14 | | $0.00 | | |
| | ASSOCIATES,ATTORNEY FOR | | | | | |
| | CREDITOR,134 N LASALLE ST SUITE 1720 | | | | | |
| | CHICAGO, IL 60602 | | | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 15U-2 | VIP I, L.L.C. | Unsecured | | $45,315.97 | $0.00 | $0.00 |
| | CARY G SCHIFF & | 05/01/14 | | $0.00 | | |
| | ASSOCIATES,ATTORNEY FOR | | | | | |
| | CREDITOR,134 N LASALLE ST SUITE 1720 | | | | | |
| | CHICAGO, IL 60602 | | | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 15U-3 | VIP I, L.L.C. | Unsecured | | $45,315.97 | $0.00 | $45,315.97 |
| | CARY G SCHIFF & | 05/01/14 | | $45,315.97 | | |
| | ASSOCIATES,ATTORNEY FOR | | | | | |
| | CREDITOR,134 N LASALLE ST SUITE 1720 | | | | | |
| | CHICAGO, IL 60602 | | | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |

Case Total:        $0.00        $244,795.71

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-45296
Case Name: CORP, DIAMOND PRODUCTS
Trustee Name: Brian Audette

**Balance on hand:**            $            11,428.58

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| None |  |  |  |  |  |

Total to be paid to secured creditors:       $            0.00
Remaining balance:                           $            11,428.58

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - Brian Audette, Chapter 7 Trustee | 3,278.63 | 0.00 | 3,278.63 |
| Attorney for Trustee, Fees - Perkins Coie LLP | 6,380.00 | 0.00 | 6,380.00 |
| Attorney for Trustee, Expenses - Perkins Coie LLP | 298.08 | 0.00 | 298.08 |

Total to be paid for chapter 7 administration expenses:     $            9,956.71
Remaining balance:                                          $            1,471.87

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| None |  |  |  |

Total to be paid for prior chapter administrative expenses:     $            0.00
Remaining balance:                                             $            1,471.87

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $275.21 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| 10P | Speedway SuperAmerica LLC | 275.21 | 0.00 | 275.21 |

**UST Form 101-7-TFR (05/1/2011)**

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 275.21 |
| Remaining balance: | $ | 1,196.66 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 234,563.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Con-Way Freight | 1,005.00 | 0.00 | 5.14 |
| 2 | Scnidt Cartage | 270.40 | 0.00 | 1.38 |
| 3 | Chicago Hardware and Fixtures | 441.88 | 0.00 | 2.25 |
| 4 | Ram Threading Inc. | 1,315.84 | 0.00 | 6.71 |
| 5 | Craftech Industries, Inc. | 328.00 | 0.00 | 1.67 |
| 6 | Chicago- Wilcox Mfg Co., Inc. | 253.00 | 0.00 | 1.29 |
| 7 | Wells Fargo Bank, N.A. | 87,658.64 | 0.00 | 447.20 |
| 8 | Thomas Kountz | 32,979.63 | 0.00 | 168.25 |
| 9 | Ann Kral | 6,562.50 | 0.00 | 33.48 |
| 10U | Speedway SuperAmerica LLC | 746.71 | 0.00 | 3.81 |
| 11 | American Express Bank, FSB | 5,811.81 | 0.00 | 29.65 |
| 12 | XL Screw Corporation | 380.19 | 0.00 | 1.94 |
| 13U | First Midwest Bank | 51,309.25 | 0.00 | 261.76 |
| 14 | Nicor Gas | 184.97 | 0.00 | 0.94 |
| 15U-3 | VIP I, L.L.C. | 45,315.97 | 0.00 | 231.19 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 1,196.66 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------|--------------------------|------------------|
| None | | | | |

Total to be paid for tardy general unsecured claims: $        0.00

Remaining balance: $        0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------|--------------------------|------------------|
| None | | | | |

Total to be paid for subordinated claims: $        0.00

Remaining balance: $        0.00

**UST Form 101-7-TFR (05/1/2011)**