| | | |
|---|---|---|
| Brian Audette | The Honorable: | EUGENE R. WEDOFF |
| Perkins Coie LLP | Chapter   7 | |
| 131 South Dearborn St | Location: | 219 S. Dearborn, Courtroom 744, Chicago, IL |
| Ste. 1700 | Hearing Date: | 12/16/2014 |
| Chicago, IL  60603-5559 | Hearing Time: | 10:00am |
| (312) 324-8534 | Response Date: | / / |
| Chapter 7 Trustee | | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: CORP, DIAMOND PRODUCTS         §   Case No. 13-45296
                                      §
                                      §
Debtor(s)                             §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that Brian Audette, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  219 S. Dearborn Street, 7th Floor
  Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 12/16/2014 in Courtroom 744, United States Courthouse, 219 S. Dearborn Street
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  11/21/2014        By:  Brian A. Audette
                                               Trustee

Brian Audette
131 South Dearborn St
Ste. 1700
Chicago, IL  60603-5559
(312) 324-8534
BAudette@perkinscoie.com

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Brian Audette | The Honorable: | EUGENE R. WEDOFF |
| Perkins Coie LLP | Chapter   7 | |
| 131 South Dearborn St | Location: | 219 S. Dearborn, Courtroom 744, Chicago, IL |
| Ste. 1700 | Hearing Date: | 12/16/2014 |
| Chicago, IL  60603-5559 | Hearing Time: | 10:00am |
| (312) 324-8534 | Response Date: | / / |
| Chapter 7 Trustee | | |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: CORP, DIAMOND PRODUCTS                §   Case No. 13-45296
                                             §
                                             §
Debtor(s)                                    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*         $     25,286.34

*and approved disbursements of*              $     13,857.76

*leaving a balance on hand of* [1]           $     11,428.58

**Balance on hand:**                         **$     11,428.58**

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:                       $   11,428.58

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Brian Audette, Chapter 7 Trustee | 3,278.63 | 0.00 | 3,278.63 |
| Attorney for Trustee, Fees - Perkins Coie LLP | 6,380.00 | 0.00 | 6,380.00 |
| Attorney for Trustee, Expenses - Perkins Coie LLP | 298.08 | 0.00 | 298.08 |

Total to be paid for chapter 7 administration expenses:   $   9,956.71
Remaining balance:                                         $   1,471.87

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|   |   |   |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 1,471.87 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $275.21 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10P | Speedway SuperAmerica LLC | 275.21 | 0.00 | 275.21 |

|   |   |   |
|---|---|---|
| Total to be paid for priority claims: | $ | 275.21 |
| Remaining balance: | $ | 1,196.66 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 234,563.79 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Con-Way Freight | 1,005.00 | 0.00 | 5.14 |
| 2 | Scnidt Cartage | 270.40 | 0.00 | 1.38 |
| 3 | Chicago Hardware and Fixtures | 441.88 | 0.00 | 2.25 |
| 4 | Ram Threading Inc. | 1,315.84 | 0.00 | 6.71 |
| 5 | Craftech Industries, Inc. | 328.00 | 0.00 | 1.67 |
| 6 | Chicago- Wilcox Mfg Co., Inc. | 253.00 | 0.00 | 1.29 |
| 7 | Wells Fargo Bank, N.A. | 87,658.64 | 0.00 | 447.20 |
| 8 | Thomas Kountz | 32,979.63 | 0.00 | 168.25 |
| 9 | Ann Kral | 6,562.50 | 0.00 | 33.48 |
| 10U | Speedway SuperAmerica LLC | 746.71 | 0.00 | 3.81 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | American Express Bank, FSB | 5,811.81 | 0.00 | 29.65 |
| 12 | XL Screw Corporation | 380.19 | 0.00 | 1.94 |
| 13U | First Midwest Bank | 51,309.25 | 0.00 | 261.76 |
| 14 | Nicor Gas | 184.97 | 0.00 | 0.94 |
| 15U-3 | VIP I, L.L.C. | 45,315.97 | 0.00 | 231.19 |

Total to be paid for timely general unsecured claims: $ 1,196.66
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/Brian Audette
Trustee

Brian Audette
131 South Dearborn St
Ste. 1700
Chicago, IL  60603-5559
(312) 324-8534
BAudette@perkinscoie.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 13-45296-ERW
Diamond Threaded Products Corp                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: gbeemster            Page 1 of 2              Date Rcvd: Nov 25, 2014
                              Form ID: pdf006            Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 27, 2014.
```
db            +Diamond Threaded Products Corp,    12348 S. LaTrobe Avenue,     Alsip, IL 60803-3211
21252186      +AT&T (HSI),    P.O. Box 8100,    Aurora, IL 60507-8100
21252183       Aetna,    P.O. Box 24005,    Fresno, CA 93779-4005
21252184      +Alloy & Stainless Fasteners,    1493 London Bridge Road,    Virginia Beach, VA 23453-3704
21252185       American Express,    P. O. Box 0001,    Los Angeles, CA 90096-8000
21659258       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21599928      +Ann Kral,    Ann Kral Estate,    c/o Thomas Kountz,    2527 Bennington Ave,
                Schereville, IN 46375-3088
21252188      +Auburn Meadow Terrace Homes,    c/o 1st American Management,    3408 Enterprise Avenue,
                Valparaiso, IN 46383-6953
21252189      +Beacon Fasteners and Components,    198 W. Carpenter Avenue,    Wheeling, IL 60090-6008
21252190       Bests Stainless Steel Fasteners,    340 Lively Blvd,    Elk Grove Village, IL 60007
21252191      +Calpico Inc.,    1387 San Mateo Avenue,    South San Francisco, CA 94080-6511
21252192      +Carpenter & Paterson, Inc.,    434 Latigue Road,    Westwego, LA 70094-2334
21252193      +Chase (Bank One),    Cardmember Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
21252194      +Chicago Hardware and Fixtures,    9100 Parklane,    Franklin Park, IL 60131-3066
21252195      +Chicago- Wilcox Mfg Co., Inc.,    PO Box 126,    South Holland, IL 60473-0126
21511143      +Cleco Industrial Fastener Co., Inc.,    c/o Peter M. May, Jr.,    16701 Lathrop Ave.,
                Harvey, IL 60426-6029
21271163      +Con-Way Freight,    c/o RMS,    P.O. Box 5126,    Timonium, MD 21094-5126
21252196       Con-way Central Express,    135 S. LaSalle,    Dept. 2493,    Chicago, IL 60674-2493
21252197      +Craftech Industries, Inc.,    P.O. Box 636,    Hudson, NY 12534-0636
21252198      +ERC Delivery Services,    481 West Fullerton Avenue,    Elmhurst, IL 60126-1404
21252199      +Fabsco Corp.,    1745 West 124th Street,    Riverdale, IL 60827-5399
21252200      +First Midwest Bank,    The Collins Law Firm, P.C.,    1770 Park Street, Suite 200,
                Naperville, IL 60563-5432
21252204      +I.S.C.,    P.O. Box 6549,    Delray Beach, FL 33482-6549
21252205      +IFastGroupe Distribution,    124 Alexandra Way,    Carol Stream, IL 60188-2068
21252206      +J & A Sales,    20W267 101st Street Unit D,    Lemont, IL 60439-9672
21252207      +J & L Industrial Supplies,    d/b/a MSC Industrial Supply,    6700 Discovery Blvd,
                Mableton, GA 30126-4646
21252209      +Mark Mellentine Ltd.,    P.O. Box 2425,    Shelby, NC 28151-2425
21252210      +Nicor Gas,    P.O. Box 5407,    Carol Stream, IL 60197-5407
21483917      +Peter M. May, Jr/President,    re:  Diamond Threaded Products Corp,
                Cleco Industrial Fastener Co, Inc.,    16701 Lathrop Ave,    Harvey, IL 60426-6029
21252212      +R & N Machine,    P.O. Box 563,    South Holland, IL 60473-0563
21252213      +R. Bach and Associates,    111 Union Avenue,    Batavia, IL 60510-2596
21252214       Ram Threading Inc.,    2658 Crockett Street,    Beaumont, TX 77701
21252215      +Rand Tech Insurance Agency,    977 Lakeview Pkwy #105,    Vernon Hills, IL 60061-1444
21252216      +Reliable Fire Equipment Company,    12845 S Cicero,    Alsip, IL 60803-3083
21252217      +Scnidt Cartage,    1625 Hunter Court,    Hanover Park, IL 60133-6767
21252218      +Speedway SuperAmerica LLC,    P.O. Box 1590,    Springfield, OH 45501-1590
21252219      +Star Stainless Screw,    810 AEC Drive,    Wood Dale, IL 60191-1122
21252220      +Stelfast Inc,    22979 Stelfast Parkway,    Strongsville, OH 44149-5561
21252221      +Thomas Kountz,    2527 Bennington Avenue,    Schereville, IN 46375-3088
21252222      +Titan Fastener Products,    2501 Lively Blvd,    Elk Grove Village, IL 60007-6728
21252223      +Tortoise Fastener,    11475 E. 53rd Ave. Ste. 105,    Denver, CO 80239-2333
21252224      +Unique Industries,    P.O. Box 683,    Calera, AL 35040-0683
21252225      +United Parcel Service,    Lockbox 577,    Carol Stream, IL 60132-0577
21252229      +VIP Holdings I, LLC,    c/o Value Industrial Partner,    970 N. Oaklawn Ave. #300,
                Elmhurst, IL 60126-1027
21880307      +VIP I, L.L.C.,    CARY G SCHIFF & ASSOCIATES,    ATTORNEY FOR CREDITOR,
                134 N LASALLE ST SUITE 1720,    CHICAGO, IL 60602-1005
21252226      +Value Industrial Partners, LLC,    970 N. Oaklawn Avenue,    Elmhurst, IL 60126-1027
21252228      +Vertex Fasteners,    1680 Elmhurst Road,    Elk Grove Village, IL 60007-6418
21552096      +Wells Fargo Bank, N.A.,    Business Direct Division,    MAC-4101-08C,    P.O. Box 29482,
                Phoenix, AZ 85038-9482
21252230      +Wells Fargo Business Direct,    P.O. Box 348750,    Sacramento, CA 95834-8750
21252231      +XL Screw Corporation,    195 Schelter Road,    PO Box 800,    Lincolnshire, IL 60069-0800
21252232      +Yellow Woods,    P.O. Box 48046,    Newark, NJ 07101-4846
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21252187      +E-mail/Text: g20956@att.com Nov 26 2014 01:27:12     AT&T Mobility,    P.O. Box 6463,
                Carol Stream, IL 60197-6463
21252201       E-mail/Text: fmb.bankruptcy@firstmidwest.com Nov 26 2014 01:26:11     First Midwest Bank,
                P.O. Box 9003,    Gurnee, IL 60031-9003
21252208      +E-mail/Text: msutphin@kanebridge.com Nov 26 2014 01:24:55     Kanebridge Corp,
                153 Bauer Drive,    Oakland, NJ 07436-3150
21865716      +E-mail/Text: bankrup@aglresources.com Nov 26 2014 01:24:13     Nicor Gas,    Po box 549,
                Aurora il 60507-0549
21252211      +E-mail/Text: shannon.sullivan@windstream.com Nov 26 2014 01:24:38     Paetec,    P.O. Box 3243,
                Milwaukee, WI 53201-3243
                                                                                              TOTAL: 5
```

```
District/off: 0752-1          User: gbeemster             Page 2 of 2              Date Rcvd: Nov 25, 2014
                              Form ID: pdf006             Total Noticed: 56

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21252203*       +First Midwest Bank,    P.O. Box 9003,    Gurnee, IL 60031-9003
21252202*        First Midwest Bank,    P.O. Box 9003,    Gurnee, IL 60031-9003
21252227*       +Value Industrial Partners, LLC,    970 N. Oaklawn Avenue,    Elmhurst, IL 60126-1027
                                                                                     TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2014 at the address(es) listed below:
        Brian Audette    baudette@perkinscoie.com, IL32@ecfcbis.com
        Christopher Johnson    on behalf of Creditor   VIP I, L.L.C. cgschifflaw@gmail.com
        David E Grochocinski    on behalf of Debtor   Diamond Threaded Products Corp lawyers@innovalaw.com,
         lawyers@innovalaw.com
        Jordan Galassie    on behalf of Trustee Brian  Audette jgalassie@perkinscoie.com,
         nsaldinger@perkinscoie.com;docketchi@perkinscoie.com
        Kathleen M. McGuire    on behalf of Debtor   Diamond Threaded Products Corp kmcguire@innovalaw.com,
         kmmcguirelaw@sbcglobal.net,lawyers@innovalaw.com,khubert@innovalaw.com
        Megan A Drefchinski    on behalf of Creditor   First Midwest Bank mdrefchinski@collinslaw.com,
         ktaylor@collinslaw.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                            TOTAL: 7