UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | |
|---|---|
| In Re: <br> DIAMOND THREADED PRODUCTS CORP., <br><br> Debtor(s) | BK No.: 13-45296 <br><br> Chapter: 7 <br><br> Honorable Eugene Wedoff |

## ORDER ALLOWING COMPENSATION IN CONNECTION WITH THE FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION OF PERKINS COIE, LLP, ATTORNEYS FOR BRIAN A. AUDETTE, TRUSTEE FOR THE BANKRUPTCY ESTATE OF DIAMOND THREADED PRODUCTS CORP.

This matter coming on to be heard on the First and Final Fee Application of Trustee, Brian A. Audette, for compensation to Perkins Coie LLP as Attorneys for Trustee (the "Application"); due notice having been given; the Court hereby enters the following FINDINGS:

I.  That in the Application, Trustee sought to compensate Perkins Coie LLP $6,380.00 for 14.5 hours of actual, necessary and valuable professional services rendered to the Trustee since January 14, 2014 in connection with this case.

IT IS HEREBY ORDERED THAT:

A.  The Court allows $6,380.00 as compensation to Perkins Coie LLP for actual, necessary and valuable professional services rendered to Trustee since January 14, 2014 in connection with this case;

B.  The Court allows the reimbursement of certain and necessary expenses in the amount of $0; and

C.  This matter is a core proceeding and this order is a final order as those terms are used in 28 U.S.C. §§ 157 and 158.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: December 16, 2014

**Prepared by:**

Brian A. Audette (ARDC #6277056)
Jordan G. McCarthy (ARDC #6301660)
Perkins Coie LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603
Telephone: (312) 324-8534