**FILED**

DEC 16 2014

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JANET S. BAER BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT

In re:                                      )
                                            )
                                            )    Case No. 13 B 45296
DIAMOND THREADED PRODUCTS CORP.,            )
                                            )
                                            )
                                            )    Chapter 7
         Debtor.                            )
                                            )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING APPLICATION OF PERKINS COIE, LLP, ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $6,380.00 | TOTAL COSTS REQUESTED: | $298.08 |
| TOTAL FEES REDUCED: | $0.00 | TOTAL COSTS REDUCED: | $298.08 |
| TOTAL FEES ALLOWED: | $6,380.00 | TOTAL COSTS ALLOWED: | $0.00 |

**TOTAL FEES AND COSTS ALLOWED: $6,380.00**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(3)     **Reimbursement Limited to Actual, Necessary Expenses**

The Court denies the allowance of reimbursement for expenses that were not actually and necessarily incurred by the applicant. *See* 11 U.S.C. §§ 330(a)(1)(B) & 331. The fee application fails to demonstrate that the requested expenses for photocopies or facsimiles (or both) were actual out-of-pocket disbursements and that the quoted rates were necessary in light of prevailing (and lower) commercial rates. In the absence of such proof, the Court will allow reimbursement of photocopy expenses at a rate of $.10 per page in accordance with prevailing commercial rates and will not allow expenses for facsimiles.

(4)     **Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

Dated: December 16, 2014

_____
Janet S. Baer
United States Bankruptcy Judge

PERKINS COIE LLP
November 21, 2014
Invoice No. 443309

## EXPENSE SUMMARY

Invoice No. 443309

For professional services rendered with regard to:

Re:   General - Costs Only

## DISBURSEMENTS

| April 23, 2014 | Photocopies and printing (4) | $204.70 |
| April 23, 2014 | Postage (4) | $93.38 |

## DISBURSEMENTS SUMMARY

| Photocopy/printing charges | $204.70 |
| Postage charges | $93.38 |
| **TOTAL DISBURSEMENTS** | $298.08 |

87955-0022/LEGAL123606996.1

−298.08