**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: CORP, DIAMOND PRODUCTS § Case No. 13-45296
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    Brian Audette, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $189,821.58   Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,519.95   Claims Discharged
    Without Payment: $233,069.05

Total Expenses of Administration: $21,766.39

---

    3) Total gross receipts of $ 25,286.34 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $25,286.34 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $1,750.00 | $1,750.00 | $1,750.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 21,766.39 | 21,766.39 | 21,766.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 275.21 | 275.21 | 275.21 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 325,195.73 | 234,563.79 | 1,494.74 |
| **TOTAL DISBURSEMENTS** | $0.00 | $348,987.33 | $258,355.39 | $25,286.34 |

4) This case was originally filed under Chapter 7 on November 22, 2013. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/13/2015        By: /s/Brian Audette
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| See attached. | 1129-000 | 18,786.34 |
| Location: 12348 S. LaTrobe Avenue, Alsip IL 6080 | 1129-000 | 500.00 |
| Location: 12348 S. LaTrobe Avenue, Alsip IL 6080 | 1129-000 | 3,000.00 |
| Location: 12348 S. LaTrobe Avenue, Alsip IL 6080 | 1129-000 | 3,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$25,286.34** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Midwest Bank | 4210-000 | N/A | 1,750.00 | 1,750.00 | 1,750.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $1,750.00 | $1,750.00 | $1,750.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Brian Audette, Chapter 7 Trustee | 2100-000 | N/A | 3,278.63 | 3,278.63 | 3,278.63 |
| Perkins Coie LLP | 3110-000 | N/A | 6,380.00 | 6,380.00 | 6,380.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| VIP I, L.L.C. | 2990-000 | | N/A | 12,107.76 | 12,107.76 | 12,107.76 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $21,766.39 | $21,766.39 | $21,766.39 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10P | Speedway SuperAmerica LLC | 5200-000 | N/A | 275.21 | 275.21 | 275.21 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $275.21 | $275.21 | $275.21 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Con-Way Freight | 7100-000 | N/A | 1,005.00 | 1,005.00 | 6.40 |
| 2 | Scnidt Cartage | 7100-000 | N/A | 270.40 | 270.40 | 1.72 |
| 3 | Chicago Hardware and Fixtures | 7100-000 | N/A | 441.88 | 441.88 | 2.82 |
| 4 | Ram Threading Inc. | 7100-000 | N/A | 1,315.84 | 1,315.84 | 8.39 |
| 5 | Craftech Industries, Inc. | 7100-000 | N/A | 328.00 | 328.00 | 2.09 |
| 6 | Chicago- Wilcox Mfg Co., Inc. | 7100-000 | N/A | 253.00 | 253.00 | 1.61 |
| 7 | Wells Fargo Bank, N.A. | 7100-000 | N/A | 87,658.64 | 87,658.64 | 558.60 |
| 8 | Thomas Kountz | 7100-000 | N/A | 32,979.63 | 32,979.63 | 210.16 |
| 9 | Ann Kral | 7100-000 | N/A | 6,562.50 | 6,562.50 | 41.82 |
| 10U | Speedway SuperAmerica LLC | 7100-000 | N/A | 746.71 | 746.71 | 4.76 |
| 11 | American Express Bank, FSB | 7100-000 | N/A | 5,811.81 | 5,811.81 | 37.04 |
| 12 | XL Screw Corporation | 7100-000 | N/A | 380.19 | 380.19 | 2.42 |
| 13U | First Midwest Bank | 7100-000 | N/A | 51,309.25 | 51,309.25 | 326.96 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | Nicor Gas | 7100-000 | N/A | 184.97 | 184.97 | 1.18 |
| 15U | VIP I, L.L.C. | 7100-000 | N/A | 45,315.97 | 0.00 | 0.00 |
| 15U-2 | VIP I, L.L.C. | 7100-000 | N/A | 45,315.97 | 0.00 | 0.00 |
| 15U-3 | VIP I, L.L.C. | 7100-000 | N/A | 45,315.97 | 45,315.97 | 288.77 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $325,195.73 | $234,563.79 | $1,494.74 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-45296  
**Case Name:** CORP, DIAMOND PRODUCTS  

**Period Ending:** 02/13/15

**Trustee:** (330232) Brian Audette, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 11/22/13 (f)  
**§341(a) Meeting Date:** 01/14/14  
**Claims Bar Date:** 05/01/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  1117 Auburn Meadow Lane, Schererville, Indiana  Imported from original petition Doc# 1 | 130,000.00 | 22,146.25 | OA | 0.00 | FA |
| 2  leased Property 12349 S. LaTrobe, Illinois  Imported from original petition Doc# 1 | 0.00 | 0.00 | OA | 0.00 | FA |
| 3  First Financial Bank- (Indiana branch)  Imported from original petition Doc# 1 | 0.00 | 0.00 | OA | 0.00 | FA |
| 4  Deposit with landlord  Imported from original petition Doc# 1 | 6,870.00 | 6,870.00 | OA | 0.00 | FA |
| 5  cash value of insurance policy  Imported from original petition Doc# 1 | 2,951.58 | 2,951.58 | OA | 0.00 | FA |
| 6  See attached.  Imported from original petition Doc# 1 | 24,178.85 | 24,178.85 |  | 18,786.34 | FA |
| 7  Location: 12348 S. LaTrobe Avenue, Alsip IL 6080  Imported from original petition Doc# 1 | 2,200.00 | 2,200.00 |  | 500.00 | FA |
| 8  Location: 12348 S. LaTrobe Avenue, Alsip IL 6080  Imported from original petition Doc# 1 | 6,000.00 | 6,000.00 |  | 3,000.00 | FA |
| 9  Location: 12348 S. LaTrobe Avenue, Alsip IL 6080  Imported from original petition Doc# 1 | 35,000.00 | 35,000.00 | OA | 0.00 | FA |
| 10  Location: 12348 S. LaTrobe Avenue, Alsip IL 6080  Imported from original petition Doc# 1 | 15,000.00 | 15,000.00 | OA | 0.00 | FA |
| 11  Location: 12348 S. LaTrobe Avenue, Alsip IL 6080  Imported from original petition Doc# 1 | 34,000.00 | 34,000.00 |  | 3,000.00 | FA |
| **11 Assets   Totals** (Excluding unknown values) | **$256,200.43** | **$148,346.68** |  | **$25,286.34** | **$0.00** |

**Major Activities Affecting Case Closing:**

Pending motions to sell and abandon assets are scheduled for 05/27/14.

**Initial Projected Date Of Final Report (TFR):** December 31, 2015    **Current Projected Date Of Final Report (TFR):** December 31, 2015

Printed: 02/13/2015 02:55 PM    V.13.21

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-45296  
**Case Name:** CORP, DIAMOND PRODUCTS  
**Taxpayer ID #:** **-***0661  
**Period Ending:** 02/13/15  

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/21/14 | {8} | First Financial Bank | Payment per 5/27/14 court order | 1129-000 | 3,000.00 | | 3,000.00 |
| 05/21/14 | {6} | George E. Dodrill | Receivable | 1129-000 | 1,000.00 | | 4,000.00 |
| 05/21/14 | {6} | Affiliated Steam Equipment Company | Invoice No. 00028025 | 1129-000 | 10.80 | | 4,010.80 |
| 05/21/14 | {6} | American Vintage Home, Inc. | Invoice Nos. 00028073 & 00028062 | 1129-000 | 227.83 | | 4,238.63 |
| 05/21/14 | {6} | Armil CFS, Inc. | Invoice No. 28034 | 1129-000 | 475.12 | | 4,713.75 |
| 05/21/14 | {6} | BBC Fasteners, Inc. | Invoice No. 28008 | 1129-000 | 1,008.75 | | 5,722.50 |
| 05/21/14 | {6} | Chicago Industrial Pump Co. | Reference 28027 | 1129-000 | 444.58 | | 6,167.08 |
| 05/21/14 | {6} | Chicago Boiler Company | Invoice No. 00028033 | 1129-000 | 3,054.29 | | 9,221.37 |
| 05/21/14 | {6} | Fabsco Corporation | Invoice No. 00027981 | 1129-000 | 51.85 | | 9,273.22 |
| 05/21/14 | {6} | Furmanite America | Invoice No. 27970 | 1129-000 | 115.82 | | 9,389.04 |
| 05/21/14 | {6} | Griffin Supply, Inc. | Invoice Nos. 027977, 027982 & 027983 | 1129-000 | 1,814.80 | | 11,203.84 |
| 05/21/14 | {6} | Griffin Supply, Inc. | Invoice Nos. 027986 & 027990 | 1129-000 | 526.80 | | 11,730.64 |
| 05/21/14 | {6} | Hayes Mechanical | Invoice No. 00028063 | 1129-000 | 946.97 | | 12,677.61 |
| 05/21/14 | {6} | Hayes Mechanical | Invoice No. 00028091 | 1129-000 | 460.52 | | 13,138.13 |
| 05/21/14 | {6} | ILLCO, INC. | Invoice Nos. 28082 & 28084 | 1129-000 | 341.53 | | 13,479.66 |
| 05/21/14 | {6} | Independent Pipe & Supply | Invoice Nos. 28089 & 28094 | 1129-000 | 132.11 | | 13,611.77 |
| 05/21/14 | {6} | MRC | Invoice No. 00028067 | 1129-000 | 211.68 | | 13,823.45 |
| 05/21/14 | {6} | MRC | Invoice Nos. 28078, 28079, 28074, 28076, 28077 & 28081 | 1129-000 | 900.62 | | 14,724.07 |
| 05/21/14 | {6} | MRC | Invoice No. 28090 | 1129-000 | 171.50 | | 14,895.57 |
| 05/21/14 | {6} | Super Roco Steel & Tube Ltd. II | Invoice No. 28088 | 1129-000 | 436.78 | | 15,332.35 |
| 05/21/14 | {6} | Standard Boiler Tank & Testing Service | References Nos. 28031 & 28052 | 1129-000 | 1,679.53 | | 17,011.88 |
| 05/21/14 | {6} | Unicord Corporation | Invoice No. 28011 | 1129-000 | 375.00 | | 17,386.88 |
| 05/21/14 | {6} | Unicord Corporation | Invoice No. 27978 | 1129-000 | 375.00 | | 17,761.88 |
| 05/21/14 | {6} | UPS | Invoice No. AR0222000030 | 1129-000 | 60.39 | | 17,822.27 |
| 05/21/14 | {6} | Charles F. Felcyn or Linda Felcyn | Invoice No. 00028064 | 1129-000 | 134.00 | | 17,956.27 |
| 05/21/14 | {6} | Griffin Supply, Inc. | Receivable | 1129-000 | 2,187.93 | | 20,144.20 |
| 05/21/14 | {6} | Griffin Supply, Inc. | Receivable | 1129-000 | 2,401.80 | | 22,546.00 |
| 05/21/14 | {6} | Chicago Boiler Company | Receivable | 1129-000 | 240.34 | | 22,786.34 |
| 06/12/14 | | Cleco Industrial Fasteners Co Inc | Payment per 6/11/14 court order | | 3,500.00 | | 26,286.34 |
| | {7} | | | 500.00 | 1129-000 | | 26,286.34 |
| | {11} | | | 3,000.00 | 1129-000 | | 26,286.34 |
| 06/12/14 | 101 | First Midwest Bank | Payment per 6/11/14 court order | 4210-000 | | 1,750.00 | 24,536.34 |
| 06/12/14 | {6} | George E. Dodrill | Reversed Deposit 100002 1 | 1129-000 | -1,000.00 | | 23,536.34 |
| 10/06/14 | 102 | VIP I, L.L.C. | Payment per 6/11/14 court order | 2990-000 | | 12,107.76 | 11,428.58 |

Subtotals: $25,286.34   $13,857.76

{} Asset reference(s)

Printed: 02/13/2015 02:55 PM   V.13.21

## Form 2
### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-45296  
**Case Name:** CORP, DIAMOND PRODUCTS  
**Taxpayer ID #:** **-***0661  
**Period Ending:** 02/13/15  

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/17/14 | 103 | Brian Audette, Chapter 7 Trustee | Dividend paid 100.00% on $3,278.63, Trustee Compensation; Reference: | 2100-000 | | 3,278.63 | 8,149.95 |
| 12/17/14 | 104 | Perkins Coie LLP | Dividend paid 100.00% on $6,380.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 6,380.00 | 1,769.95 |
| 12/17/14 | 105 | Speedway SuperAmerica LLC | Dividend paid 100.00% on $275.21; Claim# 10P; Filed: $275.21; Reference: | 5200-000 | | 275.21 | 1,494.74 |
| 12/17/14 | 106 | Con-Way Freight | Dividend paid 0.63% on $1,005.00; Claim# 1; Filed: $1,005.00; Reference: | 7100-000 | | 6.40 | 1,488.34 |
| 12/17/14 | 107 | Scnidt Cartage | Dividend paid 0.63% on $270.40; Claim# 2; Filed: $270.40; Reference: | 7100-000 | | 1.72 | 1,486.62 |
| 12/17/14 | 108 | Chicago Hardware and Fixtures | Dividend paid 0.63% on $441.88; Claim# 3; Filed: $441.88; Reference: | 7100-000 | | 2.82 | 1,483.80 |
| 12/17/14 | 109 | Ram Threading Inc. | Dividend paid 0.63% on $1,315.84; Claim# 4; Filed: $1,315.84; Reference: | 7100-000 | | 8.39 | 1,475.41 |
| 12/17/14 | 110 | Craftech Industries, Inc. | Dividend paid 0.63% on $328.00; Claim# 5; Filed: $328.00; Reference: | 7100-000 | | 2.09 | 1,473.32 |
| 12/17/14 | 111 | Chicago- Wilcox Mfg Co., Inc. | Dividend paid 0.63% on $253.00; Claim# 6; Filed: $253.00; Reference: | 7100-000 | | 1.61 | 1,471.71 |
| 12/17/14 | 112 | Wells Fargo Bank, N.A. | Dividend paid 0.63% on $87,658.64; Claim# 7; Filed: $87,658.64; Reference: | 7100-000 | | 558.60 | 913.11 |
| 12/17/14 | 113 | Thomas Kountz | Dividend paid 0.63% on $32,979.63; Claim# 8; Filed: $32,979.63; Reference: | 7100-000 | | 210.16 | 702.95 |
| 12/17/14 | 114 | Ann Kral | Dividend paid 0.63% on $6,562.50; Claim# 9; Filed: $6,562.50; Reference: | 7100-000 | | 41.82 | 661.13 |
| 12/17/14 | 115 | Speedway SuperAmerica LLC | Dividend paid 0.63% on $746.71; Claim# 10U; Filed: $746.71; Reference: | 7100-000 | | 4.76 | 656.37 |
| 12/17/14 | 116 | American Express Bank, FSB | Dividend paid 0.63% on $5,811.81; Claim# 11; Filed: $5,811.81; Reference: | 7100-000 | | 37.04 | 619.33 |
| 12/17/14 | 117 | XL Screw Corporation | Dividend paid 0.63% on $380.19; Claim# 12; Filed: $380.19; Reference: | 7100-000 | | 2.42 | 616.91 |
| 12/17/14 | 118 | First Midwest Bank | Dividend paid 0.63% on $51,309.25; Claim# 13U; Filed: $51,309.25; Reference: | 7100-000 | | 326.96 | 289.95 |
| 12/17/14 | 119 | Nicor Gas | Dividend paid 0.63% on $184.97; Claim# 14; Filed: $184.97; Reference: | 7100-000 | | 1.18 | 288.77 |
| 12/17/14 | 120 | VIP I, L.L.C. | Dividend paid 0.63% on $45,315.97; Claim# 15U-3; Filed: $45,315.97; Reference: | 7100-000 | | 288.77 | 0.00 |

Subtotals :    $0.00    $11,428.58

{} Asset reference(s)

Printed: 02/13/2015 02:55 PM    V.13.21

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 13-45296
**Case Name:** CORP, DIAMOND PRODUCTS
**Taxpayer ID #:** **-***0661
**Period Ending:** 02/13/15

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)
**Bank Name:** Rabobank, N.A.
**Account:** ******7166 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 25,286.34 | 25,286.34 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 25,286.34 | 25,286.34 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$25,286.34** | **$25,286.34** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******7166** | **25,286.34** | **25,286.34** | **0.00** |
| | **$25,286.34** | **$25,286.34** | **$0.00** |

{} Asset reference(s)

Printed: 02/13/2015 02:55 PM   V.13.21